MCGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN MOUTON,
   a.k.a. Big Cheeze,

    Defendant.

CASE NO. 2:18-cr-0264 KJM

ORDER TO SEAL
(UNDER SEAL)

The Court herby orders that the Indictment, the Petition of Assistant United States Attorney Matthew Thuesen to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: Dec. 20, 2018

HONORABLE DEBORAH BARNES
United States Magistrate Judge

**FILED**

DEC 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK