**FILED**

January 3, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JORDAN MOUTON, )<br>)<br>Defendant. ) | Case No. 2:18CR00264-KJM-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JORDAN MOUTON__, Case No. __2:18CR00264-KJM-1__, Charge __18USC § 1343 & 1028A(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 3, 2019__ at __2:00 pm__.

By   /s/ Allison Claire /s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court