HEATHER E. WILLIAMS, SBN 122664
Federal Defender
BENJAMIN D. GALLOWAY, SBN 214897
Chief Assistant Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-0264-KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF AMENDED CONDITIONS OF RELEASE** |
| vs. | ) |
| JORDAN MOUTON, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jordan Mouton (jointly, "parties"), that the following temporary modifications to Condition 16 of the defendant's Amended Special Conditions of Release (ECF 27) may be made:

1) On June 25, 26, and 27, 2019, the defendant may be absent from his home from 5:00 p.m. to 10:00 p.m. for the purpose of coaching his son's little league football camp in Tracy, California.

2) On July 04, 2019, the defendant may be absent from his home from 7:00 p.m. to

Stipulation and Order to
Continue Status Conference

-1-

11:00 p.m. for the purpose of taking his children to see Independence Day fireworks.

The government and Pretrial Services have no objection to this modification.

The parties respectfully request the Court to so modify the defendant's Amended Special Conditions of Release; all other terms will remain in full effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 19, 2019        */s/ Christina Sinha*
                           CHRISTINA SINHA
                           Assistant Federal Defender
                           Attorneys for Defendant
                           JORDAN MOUTON


Date: June 19, 2019        MCGREGOR W. SCOTT
                           United States Attorney

                           */s/ Matthew Thuesen*
                           MATTHEW THUESEN
                           Assistant United States Attorney
                           Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated: June 19, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE