HEATHER E. WILLIAMS, SBN 122664
Federal Defender
BENJAMIN D. GALLOWAY, SBN 214897
Chief Assistant Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN MOUTON,<br><br>Defendant. | Case No. 2:18-cr-0264-KJM<br><br>**STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF AMENDED CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jordan Mouton (jointly, "parties"), that the following temporary modifications to Condition 16 of the defendant's Amended Special Conditions of Release (ECF 27) may be made:

1)	On July 13, 2019, the defendant may be absent from his home from 7:00 a.m. to 2:00 p.m. for the purpose of coaching his son's little league football camp in Tracy, California.

2)	From July 15, 2019 to August 30, 2019, the defendant may be absent from his home on weekdays from 4:00 p.m. to 10:00 p.m. for the purpose of coaching his son's little

league football camp in Tracy, California.

The government and Pretrial Services have no objection to this modification.

The parties respectfully request the Court to so modify the defendant's Amended Special Conditions of Release; all other terms will remain in full effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 10, 2019　　　　　　　　　　　　*/s/ Christina Sinha*
　　　　　　　　　　　　　　　　　　　　　　CHRISTINA SINHA
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　JORDAN MOUTON


Date: July 10, 2019　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew Thuesen*
　　　　　　　　　　　　　　　　　　　　　　MATTHEW THUESEN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated: July 10, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE