HEATHER E. WILLIAMS, SBN 122664
Federal Defender
BENJAMIN D. GALLOWAY, SBN 214897
Chief Assistant Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-0264-KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **MODIFICATION OF AMENDED** |
| | ) **CONDITIONS OF RELEASE** |
| JORDAN MOUTON, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jordan Mouton (jointly, "parties"), that Condition 16 of the defendant's Amended Special Conditions of Release (ECF 27) may be modified to convert his home detention into a curfew.

Specifically, the defense requests that Condition 16 be modified to read:

CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court

Stipulation and Order to
Continue Status Conference

-1-

appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

The government and Pretrial Services have no objection to this modification.

Via a separate stipulation and proposed order filed earlier today, the defense requested a temporary modification of Condition 16 for a limited purpose that would not be fully covered by this proposed permanent modification.

The parties respectfully request the Court to so modify the defendant's Amended Special Conditions of Release; all other terms will remain in full effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 11, 2019
/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JORDAN MOUTON

Date: July 11, 2019
MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated: July 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE