1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, SBN 214897
   Chief Assistant Federal Defender
3  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, CA 95814
   Telephone: (916) 498-5700
6  Fax: (916) 498-5710

7  Attorneys for Defendant
   JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-0264-KJM |
| Plaintiff, | **STIPULATION AND ORDER FOR MODIFICATION OF AMENDED CONDITIONS OF RELEASE** |
| vs. | |
| JORDAN MOUTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jordan Mouton (jointly, "parties"), that Conditions 15 and 16 of the defendant's Amended Special Conditions of Release (ECF 39) may be deleted to eliminate his location monitoring and curfew requirements. Conditions 17 and 18 will be renumbered as 15 and 16. The parties respectfully request the Court to so modify the defendant's Amended Special Conditions of Release; all other terms will remain in full effect.

/

//

Stipulation and Order to          -1-
Amend Conditions of Release

///

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: September 20, 2019             */s/ Christina Sinha*
                                          CHRISTINA SINHA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          JORDAN MOUTON

Date: September 20, 2019            MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Matthew Thuesen*
                                          MATTHEW THUESEN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, having been informed that pretrial services is in agreement, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated:  September 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE