HEATHER E. WILLIAMS, SBN 122664
Federal Defender
BENJAMIN D. GALLOWAY, SBN 214897
Chief Assistant Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-0264-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **FOR MODIFICATION OF SPECIAL** |
| vs. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| JORDAN MOUTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Jordan Mouton (jointly, "parties"), that Condition 10 of Mr. Mouton's Amended Special Conditions of Release (ECF 47) may be deleted to eliminate his drug and/or alcohol testing requirement, with all other conditions remaining as set.  Pretrial Services is in agreement with this modification, and reports that Mr. Mouton is doing well on supervision, has completed Better Choices Court, has nearly completed MRT, and has maintained employment and negative drug tests.  The parties therefore respectfully request the Court to so modify the defendant's Amended Special Conditions of Release.

(Signatures begin on following page)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2020

*/s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JORDAN MOUTON

Date: October 21, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff

1

**<u>O R D E R</u>**

2          The court, having received and considered the parties' stipulation, good cause appearing

3   therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Dated: October _22_, 2020

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28