HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN MOUTON,<br><br>Defendant. | Case No. 2:18-CR-264-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO TERMINATE CERTAIN PRETRIAL CONDITIONS AND PRETRIAL SUPERVISION**<br><br>Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Mouton, that i) certain conditions of Mr. Mouton's pretrial release can be terminated and ii) his supervision by Pretrial Services can be terminated.

The parties specifically stipulate as follows:

1. In December of 2018, an indictment was filed against Mr. Mouton, charging him with fraud. ECF No. 1.

2. In January 2019, Mr. Mouton was ordered released on several pretrial conditions. ECF Nos. 10, 12, 27, 29, 47, 68. He has remained out of custody since then.

3. Mr. Mouton has now been on pretrial supervision for over four and a half years. His pretrial officer reports that, after some initial issues, Mr. Mouton has adjusted

1   very well, is in full compliance with his conditions of release, and is currently
2   subject to minimal supervision.
3   4.   Therefore, at the pretrial officer's suggestion, the parties conferred on the matter
4   and hereby stipulate that:
5      i.   All of Mr. Mouton's special conditions of release at ECF No. 68 – with
6           the exception of Special Condition # 6 ("[y]ou must not apply for or
7           obtain a passport or any other travel documents during the pendency of
8           this case") – may be terminated; and
9      ii.  Mr. Mouton's pretrial supervision may be terminated.
10  5.   The unsecured appearance bond in this case shall remain in effect.  ECF Nos. 10,
11       14.
12  The parties therefore respectfully request this Court to adopt the parties' stipulation as its
13  Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2023          /s/ Christina Sinha
                               CHRISTINA SINHA
                               Assistant Federal Defender
                               Attorneys for Defendant
                               JORDAN MOUTON


Date: October 6, 2023          PHILLIP A. TALBERT
                               United States Attorney

                               /s/ Matthew Thuesen
                               MATTHEW THUESEN
                               Assistant United States Attorney
                               Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 13, 2023

                                     Hon. Jeremy D. Peterson
                                     United States Magistrate Judge