HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORDAN MOUTON, <br><br> Defendant. | Case No: 2:18-cr-00264-DJC <br><br> STIPULATION AND ORDER TO CONTINUE STATUS RE: SENTENCING <br><br> Date: January 8, 2026 <br> Judge: Daniel J. Calabretta <br> Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Matthew Thuesen, counsel for plaintiff, and Assistant Federal Defender Rachelle Barbour, counsel for defendant Jordan Mouton, that the status conference re: sentencing scheduled for January 8, 2026, be continued to **April 23, 2026, at 9:00 a.m.**

Counsel for defense is unavailable for the currently rescheduled date and the reason for the delay in continuing was due to the need for case reassignment due to Senior Judge Mueller's pending retirement.

U.S. Probation joins in the request to move the date to April 23, 2026.

////

////

////

////

*United States v. Mouton*         1
Stipulation to Continue Sentencing Hearing

1 | Date: January 5, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Rachelle Barbour*
RACHELLE BARBOUR
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
JORDAN MOUTON

DATED: January 5, 2026

ERIC GRANT
United States Attorney

/s/ *Matthew Thuesen*
MATTHEW THUESEN
Assistant U.S. Attorney
Attorney for the Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference regarding sentencing scheduled for January 8, 2026, at 9:00 a.m. is continued to **April 23, 2026, at 9:00 a.m.**

Dated: January 5, 2026         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE