HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org
Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-CR-264-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:  April 23, 2026 |
| JORDAN MOUTON, | Time:  09:00 a.m. |
| Defendant. | Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mouton, that the status conference (currently scheduled for April 23, 2026) may be continued to **July 30, 2026 at 9:00 a.m.**

Defense requests the additional time to facilitate the transfer of the case from attorney Rachelle Barbour to Attorney Mia Crager.  The government has no objection to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2026

*/s/  Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
JORDAN MOUTON

Date: April 13, 2026

ERIC GRANT
United States Attorney

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The current status conference is continued to July 30, 2026 at 09:00 a.m.

IT IS SO ORDERED.


Dated:  April 14, 2026                          /s/ Daniel J. Calabretta
                                                _____
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE