HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JORDAN MOUTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:18-CR-264-DJC |
| Plaintiff, | ) |
| | ) **STIPULATION AND [~~PROPOSED~~] ORDER TO** |
| vs. | ) **TERMINATE SPECIAL CONDITION NO. 6** |
| | ) |
| JORDAN MOUTON, | ) Judge: Hon. Allison Claire |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Mouton, that the pretrial condition prohibiting Mr. Mouton from applying for or obtaining a passport be terminated.

The parties specifically stipulate as follows:

1. In December of 2018, an indictment was filed against Mr. Mouton, charging him with fraud.  ECF No. 1.

2. In January 2019, Mr. Mouton was ordered released on several pretrial conditions. ECF Nos. 10, 12, 27, 29, 47, 68.  He has remained out of custody since then.

3. In October 2023, due to Mr. Mouton's sustained compliance with pretrial conditions, the parties stipulated and the magistrate court ordered that all but one

of his conditions be terminated and that his supervision be terminated.  ECF No. 89.  The only remaining condition was Special Condition No. 6: You must not apply for or obtain a passport or any other travel documents during the pendency of this case.

4.    Due to Mr. Mouton's demonstrated good behavior over the past 7 and a half years that this case has been pending, the parties now agree that this final condition should be terminated.

5.    The unsecured appearance bond in this case shall remain in effect.  ECF Nos. 10, 14.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 15, 2026

*/s/  Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
JORDAN MOUTON

Date: June 15, 2026

ERIC GRANT
United States Attorney

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE