ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN MOUTON,<br><br>Defendant. | CASE NO. 2:18-cr-264 DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>DATE: July 30, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 20, 2018, a grand jury returned an indictment charging Mouton with ten counts of wire fraud, in violation of 18 U.S.C. § 1343, three counts of aggravated identify theft, in violation of 18 U.S.C. § 1028A, and one count of engaging in transactions involving criminally derived property, in violation of 18 U.S.C. § 1957. ECF 1.

2. On October 7, 2019, pursuant to a plea agreement, Mouton pleaded guilty to one count of wire fraud, one count of aggravated identity theft, and one count of engaging in transactions involving criminally derived property. ECF 49, 51.

3. This matter currently is set for a status conference regarding sentencing on July 30, 2026. ECF 118.

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court continue the status conference regarding sentencing to December 3, 2026.

**IT IS SO STIPULATED.**

Dated: July 21, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: July 21, 2026

/s/ MIA CRAGER
MIA CRAGER
Assistant Federal Defender
Counsel for Defendant
Jordan Mouton

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the status conference regarding sentencing is continued to December 3, 2026, at 9:00 a.m.

IT IS SO ORDERED this 22nd day of July, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE